**Electronically Filed
Supreme Court
SCWC-18-0000941
28-JUN-2024
11:17 AM
Dkt. 18 OGAC**

SCWC-18-0000941

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WILLIAM FORESMAN, a single man,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

JOHN FORESMAN, a single man,
Petitioner/Defendant-Counterclaim Plaintiff-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000941; CIVIL NO. 1CC161000705)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner John Foresman's Application for Writ of Certiorari, filed on May 7, 2024, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, June 28, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens